IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ODELL RHODES**                                                                                       **PETITIONER**
**ADC #116139**

**VS.**                                    **5:15-CV-00225-BRW-JTR**

**WENDY KELLEY, Director,**                                                            **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed and the time for doing so has passed.[1]

After careful consideration, I adopt as my findings in all respects the Proposed Findings and Recommended Disposition.  Accordingly, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 is DENIED with prejudice, and a Certificate of Appealability is DENIED under Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

IT IS SO ORDERED this 11th day of May, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] A response was due by Monday, May 9, 2016.